UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL,<br><br>           Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>           Defendant. | Case No. C15-1818RSL<br><br>ORDER GRANTING PLAINTIFF'S COUNSEL'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW |

This matter comes before the Court on plaintiff's counsel's unopposed motion for leave to withdraw. Dkt. # 17. Plaintiff was notified of the motion prior to filing, and defendant does not oppose the withdrawal. Dkt. ## 17, 18, 19. On May 11, 2017, plaintiff contacted the Court directly to confirm her desire that her counsel withdraw.

Although the motion to withdraw does not include plaintiff's address and phone number, and accordingly does not comply with LCR 83.2(b)(1), plaintiff has submitted a declaration asserting that she has reason to be concerned about the public disclosure of her phone number and address. Dkt. # 19, ¶ 2. Plaintiff asks to receive service of all pleadings and court documents electronically by email. Plaintiff has agreed to provide defendant with a personal phone number, and plaintiff's counsel has confirmed her address for defendant. Dkt. # 18, ¶ 3.

ORDER GRANTING PLAINTIFF'S COUNSEL'S
UNOPPOSED MOTION TO WITHDRAW - 1

Plaintiff's counsel's motion to withdraw is GRANTED. The Clerk of Court is directed to terminate plaintiff's counsel's participation in this case and to add the following contact information for plaintiff:

> foldology@nfold.net

To enable electronic service via email, plaintiff is directed to register for the CM/ECF system using the Pro Se Filers Registration Form available at http://www.wawd.uscourts.gov/attorneys/cmecf. For the Court's records, the Court will direct the Clerk of the Court to enter plaintiff's phone number into the docket as a non-public staff notation entry visible only to the Court. A copy of this order shall be sent by email to plaintiff at the email address listed above.

Plaintiff shall proceed pro se unless and until successor counsel appears in this matter. Plaintiff is expected to follow the local rules of this district and the Federal Rules of Civil Procedure, links to which can be found on the Court's website at http://www.wawd.uscourts.gov/representing-yourself-pro-se. Plaintiff is specifically advised that declarations must be signed, dated, and made under penalty of perjury to be admissible or otherwise effective. See 28 U.S.C. § 1746.

DATED this 16th day of May, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S COUNSEL'S
UNOPPOSED MOTION TO WITHDRAW - 2