UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTA D. LYALL,

        Plaintiff,

   v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.

CASE NO. C15-1818RSL

ORDER REQUIRING SUBMISSION OF JOINT STATUS REPORT

On November 18, 2015, plaintiff filed a complaint under the Freedom of Information Act ("FOIA") seeking the production of records she requested from the Federal Bureau of Investigation ("FBI") in July 2014. In June 2016, pursuant to the stipulation of the parties, the Court ordered the FBI to produce responsive documents to plaintiff at the rate of 500 pages per month, beginning on or before July 29, 2016. The parties anticipated that production would conclude on or before October 29, 2016. Dkt. # 16. On May 16, 2017, the Court granted plaintiff's counsel's motion to withdraw. Dkt. # 20. To determine the current status of the case generally and of the FBI's document production specifically, the Court orders as follows:

All counsel and any *pro se* parties are directed to confer and provide the Court with a combined Joint Status Report (the "Report") by **June 16, 2017.** This conference shall be by direct

ORDER REQUIRING SUBMISSION
OF JOINT STATUS REPORT - 1

and personal communication, whether that be a face-to-face meeting or a telephonic conference. The Report will be used in setting a schedule for the prompt completion of the case. It must contain the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of all remaining issues.
2. Whether any additional document production is necessary and, if so, a proposed production plan that indicates:
   A. The number of pages of records not yet produced;
   B. The date by which production can be completed.
3. Suggestions for the prompt and efficient resolution of the case, such as the phasing of motions to resolve dispositive issues.
4. Whether the parties intend to participate in an alternative dispute resolution process beyond the required settlement conference, such as mediation or the individualized trial program set forth in LCR 39.2.
5. Any other suggestions for shortening or simplifying the case.
6. The date the case will be ready for trial.
7. Whether the trial will be jury or non-jury.
8. The number of trial days required.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed.

The time for filing the Report may be extended only by Court order. Any request for extension should be made by telephone to Teri Roberts at 206-370-8810.

If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Teri Roberts at 206-370-8810.

If settlement is achieved, counsel shall notify Kerry Simonds, deputy clerk, at 206-370-8519.

A failure by any party to comply fully with this order may result in the imposition of sanctions.

DATED this 23rd day of May, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge