UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTA D. LYALL,

        Plaintiff,

   v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.

CASE NO. C15-1818RSL

CASE MANAGEMENT ORDER

On November 18, 2015, plaintiff filed a complaint under the Freedom of Information Act ("FOIA") seeking the production of records she requested from the Federal Bureau of Investigation ("FBI") in July 2014. In June 2016, pursuant to the stipulation of the parties, the Court ordered the FBI to produce responsive documents to plaintiff at the rate of 500 pages per month, beginning on or before July 29, 2016. The parties anticipated that production would conclude on or before October 29, 2016, and that any remaining issues would be resolved on motions for summary judgment or through other motions practice. Dkt. # 16.

Having discussed the current status of the case with the parties at a status hearing on June 13, 2017, the Court orders as follows:

| | |
|---|---|
| Defendant shall file a dispositive motion of no more than 24 pages by | June 30, 2017 |
| Plaintiff shall file a combined opposition and cross-motion for dispositive relief of no more than 36 pages by | July 21, 2017 |
| Defendant shall file a combined reply and opposition of no more than 24 pages by | August 11, 2017 |
| Plaintiff shall file a reply of no more than 12 pages by | August 25, 2017 |

The dispositive cross-motions shall be noted for consideration on the Court's calendar for **August 25, 2017.** These dates are set at the direction of the Court and can be changed only by order of the Court, not by agreement of counsel or the parties.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

− Alteration to LCR 10(e)(9) - Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

− Alteration to Section III, Paragraph M of the Electronic Filing Procedures - Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

− Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line

numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

## PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety

* Financial Accounting Information - redact to the last four digits

* Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds, at 206-370-8519 as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

In light of the June 13, 2017 status hearing, the Court DENIES as moot plaintiff's motion to compel (Dkt. # 24).

DATED this 13th day of June, 2017.

Robert S. Lasnik
United States District Judge

CASE MANAGEMENT ORDER    3