UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTA D. LYALL,

    Plaintiff,

vs.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Case No. C15-1818RSL

ORDER GRANTING MOTION FOR CONTINUANCE

This matter comes before the Court on plaintiff's unopposed "Motion for Extension of Time to Answer Motion for Summary Judgment." Dkt. # 32.[1] The motion is GRANTED. The Clerk of Court is directed to renote defendant's motion to dismiss (Dkt. # 29) on the Court's calendar for Friday, September 1, 2017.

Dated this 4th day of August, 2017.

*MrT S Lasnik*

Robert S. Lasnik
United States District Judge

---

[1] The Court assumes that plaintiff seeks an extension of time in which to respond to the pending motion to dismiss, Dkt. # 29.

ORDER GRANTING MOTION FOR CONTINUANCE