# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL, | Case No. C15-1818RSL |
| Plaintiff, | ORDER |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant. | |

This matter comes before the Court on plaintiff's request for a transcript of the status conference held before the Court on June 13, 2017. Dkt. # 41. Plaintiff's request comes after the Court referred this matter to the Honorable Ricardo S. Martinez, Chief United States District Judge, on the question of recusal based on plaintiff's suggestion that the Court could not rule impartially on her case. See Dkt. # 36. Plaintiff lodged the instant request in connection with that determination. Chief Judge Martinez having resolved the matter, plaintiff's request, Dkt. # 41, is DENIED as moot.

DATED this 16th day of May, 2018.

Robert S. Lasnik
United States District Judge

ORDER - 1